UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALLEN YOUNGDAHL,**

      **Plaintiff,**

v.                                           Case No.  6:22-cv-933-CEM-EJK

**EQUIFAX INFORMATION SERVICES LLC and PARTNERS CREDIT AND VERIFICATION SOLUTIONS, LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Dismissal of Defendant Partners Credit and Verification Solutions, LLC ("Partners Credit"), with Prejudice ("Notice," Doc. 20). The Notice purports to voluntarily dismiss Defendant Partners Credit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). However, a unilateral voluntary dismissal under that rule must be filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In other words, if any defendant has filed an Answer, a plaintiff can no longer dismiss the case under Rule 41(a)(1)(A)(i). In order to dismiss the case without a Court order, a "stipulation of dismissal signed by all parties who have appeared" must be filed. Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant Equifax

Information Services LLC has filed an Answer (Doc. 16); thus, Plaintiff's attempt to unilaterally dismiss Partners Credit is ineffectual.

However, Plaintiff has also filed a Notice of Settlement with Defendant Partners Credit (Doc. 10), which advises the Court that the above-styled action has been settled as to Partners Credit. (*Id.* at 1).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Notice of Dismissal of Defendant Partners Credit and Verification Solutions, LLC, with Prejudice (Doc. 20) is **STRICKEN**.

2. This cause is **DISMISSED with prejudice** as to Defendant Partners Credit, subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to terminate Partners Credit as a Defendant and to amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on August 10, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record