UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALLEN YOUNGDAHL,**

      **Plaintiff,**

v.                                                          Case No.  6:22-cv-933-CEM-EJK

**EQUIFAX INFORMATION
SERVICES LLC,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement with Defendant Equifax Information Services, LLC (Doc. 22), which advises the Court that the above-styled action has been settled as to Equifax Information Services, LLC.[1]

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

---

[1] The other Defendant in this case was previously dismissed. (Aug. 10, 2022 Order, Doc. 21, at 2).

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2022.



Copies furnished to:

Counsel of Record